FILED: July 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1847
(1:25-cv-00089-JKB)

---

PAYTAWN ANDREW ERSKINE

Plaintiff - Appellant

v.

ACCENTURE FEDERAL SERVICES, LLC; JOHN B. GOODMAN

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-00089-JKB |
| Date notice of appeal filed in originating court: | 07/24/2025 |
| Appellant(s) | Paytawn Andrew Erskine |
| Appellate Case Number | 25-1847 |
| Case Manager | Rachel Phillips<br>804-916-2702 |